UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DEMISSIE A. DEMISSIE, *et al.*, ) <br> ) <br> *Plaintiffs* ) <br> ) <br> *v.* ) <br> ) <br> LARKSPUR MANAGEMENT, INC., *et al.*, ) <br> ) <br> *Defendants* ) | No. 1:14cv1763 (CMH / IDD) |

**MOTION TO WITHDRAW APPEARANCE
AND NOTICE TO DISCONTINUE NEF**

Pursuant to E.D. VA. CIV. R. 83.1(G), the undersigned, Craig C. Reilly, seeks leave to withdraw as counsel for plaintiffs, on the following grounds:

1. The undersigned entered his appearance for plaintiffs on December 23, 2014, by signing and filing the complaint as local counsel (Doc. 1).

2. After the complaint was filed. Plaintiffs retained new local counsel.

3. On January 22, 2015, Jeffrey R. Hamlin, who is a member of the bar of this Court, duly entered his appearance for plaintiffs (Doc. 2).

4. Defendants, who have not yet appeared, will not be prejudiced by this motion to withdraw, and plaintiffs consent to this withdrawal.

5. Upon entry of an order allowing his withdrawal, Craig C. Reilly seeks to have the Clerk discontinue Notice of Electronic Filings ("NEF") for this case.

WHEREFORE, the undersigned, Craig C. Reilly, seeks entry of an order granting him leave to withdraw as counsel for plaintiffs, directing the Clerk of the Court to strike his appearance and to remove him from the CM/ECF service list in this matter, and directing all parties that he need not be served with any further pleadings, motions, or other papers in this matter.

Dated: January 26, 2015

                        Respectfully submitted,

                        /s/ Craig C. Reilly
                        Craig C. Reilly, Esq. (VSB # 20942)
                        111 Oronoco Street
                        Alexandria, Virginia 22314
                        TEL:  (703) 549-5354
                        FAX:  (703) 549-5355
                        EMAIL:  craig.reilly@ccreillylaw.com
                        *Counsel for Plaintiffs*

*Counsel for Plaintiffs:*

Robert A. de By
CONNON WOOD LLP
35 East Union Street, Suite C
Pasadena, CA 91103

Jeffrey R. Hamlin
IFFRAH PLLC
1717 Pennsylvania Ave., NW
Suite 650
Washington. DC 20006

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January 2015, a true and correct copy of the foregoing pleading or paper was file and served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record.

/s/ Craig C. Reilly
Craig C. Reilly VSB # 20942
111 Oronoco Street
Alexandria, Virginia 22314
TEL: (703) 549-5354
FAX: (703) 549-5355
EMAIL: craig.reilly@ccreillylaw.com
*Counsel for Plaintiffs*

3