UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| DEMISSIE A. DEMISSIE, *et al.*, ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | |
| *v.* ) | No. 1:14cv1763 (CMH / IDD) |
| ) | |
| LARKSPUR MANAGEMENT, INC., *et al.*, ) | |
| ) | |
| *Defendants* ) | |

**ORDER PERMITTING WITHDRAWAL OF APPEARANCE**

Pursuant to E.D. VA. CIV. R. 83.1(G), the Court hereby

GRANTS the motion of Craig C. Reilly for leave to withdraw as counsel for plaintiffs, and it is further

ORDERED that the Clerk of the Court shall strike his appearance and to remove him from the CM/ECF service list in this matter; and it is further

ORDERED that the parties and counsel need not serve any further pleadings, motions, or other papers on Craig C. Reilly in this matter.

ENTERED this _____ of January 2015.

Alexandria, Virginia                        _____
                                            United States District Judge/
                                            United States Magistrate Judge