IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number 1:14-CV-1763_____, Case Name Demissie et al. v. Larkspur, Inc. et al.
Party Represented by Applicant: All Plaintiffs

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Nicholas Phillip Connon
Bar Identification Number 150815          State California
Firm Name Connon Wood LLP
Firm Phone # (626) 638-1750          Direct Dial # (626) 638-1757          FAX # (626) 792-9304
E-Mail Address nconnon@connonwood.com
Office Mailing Address 35 East Union Street, Suite C, Pasadena, CA 91103

Name(s) of federal court(s) in which I have been admitted California Northern, Southern, and Central Districts; 9th Circuit

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission
privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a
member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court
and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of
Evidence is current.

I am _____ am not _×_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant
personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have
examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and
petition the court to admit the applicant *pro hac vice*.

_____          1/26/15
(Signature)                                          (Date)
JEFFREY R. HAMLIN                              41932
(Typed or Printed Name)                       (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓__ *or* Exemption Granted _____

The motion for admission is GRANTED __✓__ *or* DENIED _____

_____          Jan 28, 2015
(Judge's Signature)                               (Date)